GOLDEN DEVELOPMENT CORPORATION, Respondent, *v.* EDNA L. WEYANT et al., Appellants.

Argued February 27, 1946; decided April 18, 1946.

*Thomas W. Constable* for appellants.
*Arthur Morris* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. MEDALIE, J., deceased.